IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAMONA M. WESTON,

                    Plaintiff,                         JUDGMENT IN A CIVIL CASE

    v.

                                                  Case No. 16-cv-340-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

                    Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Ramona M. Weston attorney fees and costs in the amount of $3,758.04 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ K. Frederickson, Deputy Clerk | 12/29/2016 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |